UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

NATHAN TORRES,

Supervisee.

No. 16-cr-767 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In light of the serious allegations contained in the Probation Department's reports of November 19, 2021 and January 11, 2022, IT IS HEREBY ORDERED THAT Supervisee Nathan Torres shall participate in location monitoring pending the resolution of the violation of supervised release that was initiated in November 2021.  Specifically, Torres shall undergo stand-alone monitoring with an exclusion zone to include the alleged victim's home, other areas the alleged victim may frequent, and any other areas identified by the Probation Department where he is likely to encounter the alleged victim.  This restriction is to be enforced by Global Positioning Satellite (GPS) technology.  IT IS FURTHER ORDERED THAT Torres shall contribute to the cost of GPS monitoring based on his ability to pay as determined by the Probation Department.  Torres shall disclose all financial information and documents requested by the Probation Department in order to assess his ability to pay.

SO ORDERED.

Dated:   January 11, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation