**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 12, 2022

*Via ECF*
Honorable Judge Richard J. Sullivan
United States Circuit Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Nathan Torres,*
                16 Cr. 767 (RJS)

Honorable Judge Sullivan:

    With the consent of the Government, I write to respectfully request that the Court adjourn the VOSR hearing, presently scheduled for Thursday, January 27, 2022 at 10:00 A.M. to Thursday, February 3, 2022.

    The requested adjournment is necessary to allow Mr. Torres to review the Amended Violation Report, issued yesterday, January 11, 2022, and for the parties to discuss a possible resolution of this matter.

    I have discussed this request with AUSA Ms. Gillian Grossman, who consents to it on behalf of the Government.

    Thank you for your attention to this matter.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

Defense counsel's request is granted. IT IS HEREBY ORDERED THAT the VOSR hearing, which is currently scheduled for Thursday, January 27, 2022 is adjourned to Thursday, February 3, 2022 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The government shall file its witness list, exhibit list, and 3500 material, if any, by January 27, 2022.

SO ORDERED:
Dated: 1/12/2022   RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation