UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

NATHAN TORRES,

            Supervisee.

No. 16-cr-767 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      In light of the representations set forth in the government's letter dated January 20, 2022 (Doc. No. 51), IT IS HEREBY ORDERED THAT the parties shall appear before the Court as scheduled on Thursday, February 3, 2022 at 10:00 a.m., at which time Supervisee is expected to admit to the specification of violation of supervised release alleged in Probation's report dated January 11, 2022. The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    January 20, 2022
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation