UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

against

NATHAN TORRES,

Supervisee.

No. 16-cr-767 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, June 28, 2022, at 3:00 p.m., at which time Supervisee will be presented on the specifications of violation of supervised release alleged in Probation's report dated June 14, 2022. The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   June 16, 2022
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation